[No. 9313-4-I.   Division One.   June 1, 1982.]

SALLY ZABEL, *Respondent,* v. DERMOT CUNNINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 45030, Marshall Forrest, J., entered September 16, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, C.J., and Durham, J.

[No. 9402-5-I.   Division One.   June 1, 1982.]

ERIN E. CONDIT, *Appellant,* v. LEWIS REFRIGERATION COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-09368-1, Frank J. Eberharter, J., entered October 3, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Durham, J.

[No. 10396-2-I.   Division One.   June 1, 1982.]

THE CITY OF ISSAQUAH, *Petitioner,* v. KING COUNTY WATER DISTRICT NO. 82, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-01722-3, Stephen M. Reilly, J., entered May 15, 1981. *Reversed* and *remanded* by unpublished opinion per Andersen, C.J., concurred in by Williams and Callow, JJ.